UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE FAMILY COURT IN JERUSALEM, ISRAEL IN THE MATTER OF MARLENE LYNN MAZEL HERSKOWITZ V. ELLIOT HERSKOWITZ | CASE NO. |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining bank records from TD Bank. Certain information has been requested by the Family Court in Jerusalem, Israel ("Israeli Court"), pursuant to a Letter of Request issued by the Israeli Court in connection with a civil judicial proceeding captioned *Marlene Lynn Mazel Herskowitz v. Elliot Herskowitz*, Foreign Reference Number 25524-11-13.

1

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: November 8, 2021            Respectfully submitted,

                            RACHAEL A. HONIG
                            Acting United States Attorney

                            BRIAN BOYNTON
                            Acting Assistant Attorney General
                            Civil Division, United States Department of Justice

                            JEANNE E. DAVIDSON
                            Director, Office of International Judicial Assistance
                            Civil Division, United States Department of Justice

By:    /s/ Katerina Ossenova
                            KATERINA OSSENOVA
                            Senior Trial Counsel
                            United States Department of Justice, Civil Division
                            Office of Foreign Litigation
                            Office of International Judicial Assistance
                            1100 L Street, NW
                            Room 8102
                            Washington, DC 20530
                            Telephone: 202-353-0194
                            Email: Katerina.V.Ossenova@usdoj.gov